COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-05-453-CR

                                                


REGIANALD A. YOUNG                                                       APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

            FROM THE 371ST
DISTRICT COURT OF TARRANT COUNTY

                                                
----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered AAppellant=s
Motion to Withdraw and Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See id.; Tex. R. App. P.
43.2(f).                                                                                                                                                                                     PER CURIAM

 

 

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: February 22, 2007                                                      











[1]See Tex. R. App. P. 47.4.